# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NORTHERN NATURAL GAS COMPANY,**<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>**MINNESOTA ENERGY,**<br><br>　　　　　　Defendant. | **8:13CV142**<br><br>**ORDER** |

　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the complaint filed in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　**IT IS SO ORDERED.**

　　Dated this 10th day of May, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge